IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN LAFAYETTE HAMPTON II, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 22-CV-1742-SMY |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Petitioner John Lafayette Hampton II filed a habeas corpus petition pursuant to 28 U.S.C. § 2241 to challenge his pretrial detention (Doc. 1). Now pending before the Court are Petitioner's motions seeking to substitute parties and to obtain a default against the State of Illinois (Docs. 6, 8, 9, 11).

### Background

This Court takes judicial notice of the public court records from Hampton's underlying criminal proceeding. *State of Ill. v. Hampton*, Case No. 2022-CF-000619 (Madison County Circuit Court). *Henson v. CSC Credit Servs.,* 29 F.3d 280, 284 (7th Cir. 1994). On March 7, 2022, Hampton was charged by complaint in Madison County with one count of violating 625 ILCS 5/4-103(a)(1), or to "receive, possess, conceal, sell, dispose, or transfer [a vehicle], knowing it to have been stolen or converted" (Doc. 1, p. 100). 625 ILCS 5/4-103(a)(1). Hampton was arrested and bond was set at $50,000, which it does not appear that he was able to meet. *State of Ill. v. Hampton*, Case No. 2022-CF-000619 (Madison County Circuit Court, Mar. 7, 2022). The case is currently set for trial on November 14, 2022. *State of Ill. v. Hampton*, Case No. 2022-CF-000619 (Madison

County Circuit Court, Oct. 11, 2022).

On August 1, 2022, Hampton filed the instant habeas petition in which he seeks pretrial release and to limit the use of previous convictions in his pretrial proceedings (Doc. 1, pp. 1-7, 82-83). On October 4, 2022, Respondent filed a Notice by State of Illinois, asserting that Hampton's "current custodian, Madison County Sheriff John D. Lakin, in his capacity as Administrator of the Madison County Jail, where petitioner is confined" is the proper respondent, not the State of Illinois (Doc. 10, p. 1). Hampton subsequently filed what is essentially a motion to substitute other parties in lieu of the State of Illinois (Doc. 11).

### **Pending Motions**

In light of Hampton's continued pretrial detention in Madison County Jail, his "Motion to Specify as to Correct Respondents" (Doc. 11) is **GRANTED in part** to reflect Hampton's "immediate custodian" of Sheriff John D. Lakin, in his capacity as administrator of the Madison County Jail. *Rumsfeld v. Padilla*, 542 U.S. 426, 447 (2004); *Bridges v. Chambers,* 425 F.3d 1048, 1049-50 (7th Cir. 2005) (proper respondent is the prisoner's current custodian). Although Hampton seeks to add other parties, they may not be substituted as parties in this matter because they are not his custodian. *Id.* See also, *Braden v. 30th Judicial Circuit Court of Ky.*, 410 U.S. 484, 494-495 (1973) ("the writ of habeas corpus" acts upon "the person who holds [the detainee] in what is alleged to be unlawful custody").

In light of the substitution, Hampton's "Motion for Entry of Default" (Doc. 6) and "Motion for Default Judgment" (Doc. 9) are **DENIED**. Given the substitution of the proper party, this Court exercises its discretion to deny the requested relief of a default judgment.

The Motion for Status (Doc. 8) is **GRANTED** insofar as the status of this case is reflected herein. Petitioner's request for an order reflecting the default is **DENIED as MOOT**.

The Clerk of Court is **DIRECTED** to mail a copy of this order to State's Attorney Thomas A. Haine, the statutory legal counsel for the Madison County government and its officials, at the address of 157 North Main Street, Suite 402, Edwardsville, IL 62025.  Respondent **Sheriff John D. Lakin**, in his capacity as administrator of the Madison County Jail is **DIRECTED** to file a response to the petition within **THIRTY** (30) days of receipt of this Order.

**IT IS SO ORDERED.**

**DATED:  October 24, 2022**

**STACI M. YANDLE**
**United States District Judge**